| PROB 22<br>(Rev. 01/24) | | DOCKET NUMBER *(Tran. Court)*<br>1:24-cr-00077-SDN-1 |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER *(Rec. Court)*<br>3:26-cr-00003-MMD-CLB |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT<br>Maine | DIVISION<br>Bangor |
|---|---|---|
| Justin Andrew Hall<br>Nevada | NAME OF SENTENCING JUDGE<br>The Honorable Lawrence J. Vilardo, Western District of New York | |

| | DATES OF PROBATION/<br>SUPERVISED RELEASE | FROM<br>05/29/2024 | TO<br>05/28/2027 |
|---|---|---|---|

OFFENSE
Count 1 (1:22CR00086-001): Prohibited Person in Possession of Firearms, 18 U.S.C. § 922(g)(9), 18 U.S.C. § 924(a)(2); Count 1 (1:24CR00031-001): Prohibited Person in Possession of Firearms, 18 U.S.C. § 922(g)(9), 18 U.S.C. § 924(a)(2)

JUSTIFICATION/REASON FOR TRANSFER (e.g., prosocial ties, employment/education opportunities, violation of supervision)

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF _____Maine_____

    IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the   District of Nevada   upon that Court's order of acceptance of jurisdiction.  This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

| March 6, 2026 | /s/ Stacey D. Neumann |
|---|---|
| *Date* | *United States District Judge* |

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 – ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF _____

    IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

| March 12, 2026 | |
|---|---|
| *Effective Date* | *United States District Judge* |

1

**UNITED STATES PROBATION OFFICE**
**DISTRICT OF NEVADA**
**MEMORANDUM**

RE: Justin Andrew Hall
Case No.:  **TO BE ASSIGNED**

**SUPERVISION REPORT**
**REQUESTING ACCEPTANCE OF JURISDICTION**

March 11, 2026

TO:    U.S. District Judge:

On May 29, 2024, Justin Hall was sentenced to time served followed by 36 months supervised release to follow in the United States District Court for the Western District of New York. Jurisdiction of his case was transferred to the District of Maine shortly after his term of supervised release commenced.

On March 5, 2026, Mr. Hall had an initial appearance for a Rule 5 hearing in the District of Nevada. At the initial appearance, the Magistrate Judge ordered the Probation Office to investigate a previously unreported address for Mr. Hall, so that jurisdiction of his case could be transferred to the District of Nevada, to resolve his revocation proceedings. The Probation Office investigated the proposed address located at 644 Teakwood Rd., Dayton, NV 89403, and found that the address would be suitable for supervision after Mr. Hall's court hearings are resolved.

The Judicial Conference recommends transfer of jurisdiction for persons under supervision to reduce the burden and expedite the response. Consistent with this recommendation, the Probation Office is recommending our Court accept jurisdiction of this case. The Honorable Stacey D. Neumann has agreed to relinquish jurisdiction in the District of Maine, as is evident by her signature on the attached Transfer of Jurisdiction form. If Your Honor agrees, please countersign the form accepting Jurisdiction.

Approved:                                    Respectfully submitted,

Digitally signed by Erik Flocchini
Date: 2026.03.11 17:14:35 -07'00'

Digitally signed by Kory Augustus
Date: 2026.03.12 08:37:51 -07'00'

_____            _____
Erik Flocchini                              Kory Augustus
Supervisory U.S. Probation Officer          Senior U.S. Probation Officer