**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JUSTIN ANDREW HALL,<br><br>Defendant. | 3:26-cr-00003-MMD-CLB<br><br><br>**ORDER** |

IT IS THEREFORE ORDERED that the currently scheduled Revocation of Supervised Release Hearing for March 31, 2026, at 10:00 a.m., be vacated and continued to **April 7, 2026, at 11:00 a.m.**

DATED this 20th of March, 2026.

_____
HONORABLE MIRANDA M. DU
UNITED STATES DISTRICT JUDGE

3